I respectfully dissent from the majority opinion reversing the appellant's conviction based on its conclusion that the trial court's refusal to give requested jury charge 3 was error. I disagree with the majority's conclusion that this matter was *Page 1176 
preserved for appellate review. In my opinion, the appellant's objection was neither timely nor sufficiently specific to comply with the requirements of Rule 21.3, Ala.R.Crim.P. Because counsel's objection to the court's oral charge was not completed and ruled upon until after the jury had already retired to deliberate, the facts of this case are distinguishable from those in Ex parte Weaver, 763 So.2d 982 (Ala. 1999), the case relied upon by the majority. Therefore, I must dissent.